1  Victor M. Perez SBN# 114381
   THE PEREZ LAW FIRM
2  1304 W. Center Street
   Visalia, CA  93291
3  (559) 625-2626
   (559) 625-3064
4

5  Attorney for Defendant, GEORGE ABARCA-VALDOVINOS

6

7

8                  UNITED STATES DISTRICT COURT

9            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  THE PEOPLE OF THE UNITED       )   CASE NO: 1:05 CR 00221 AWI
    STATES OF AMERICA              )
12                                 )   **STIPULATION TO CONTINUE**
                    Plaintiff,     )   **HEARING W/ SUPPORTIVE**
13                                 )   **DECLARATION OF**
    vs.                            )   **VICTOR M. PEREZ;**
14                                 )   **ORDER**
    GEORGE ABARCA VALDOVINOS, et al.,)
15                                 )
                                   )
16                                 )
                    Defendant.     )
17  _____

18       IT IS HEREBY STIPULATED by and between  Plaintiff's counsel, Assistant United States

19  Attorney, Kimberly A. Sanchez, and counsel for Defendant, GEORGE ABARCA-VALDOVINOS,

20  VICTOR M. PEREZ, that the Status Conference hearing on the above-entitled action, presently set

21  for Tuesday, January 16, 2007, at 11:00 a.m. in Department 2, shall be continued to Monday,

22  February 12, 2006. The date on which the Plea Hearing  is presently calendared conflicts with a

23  confirmed assault trial, in the Kings County Superior Court- Hanford Division, which is scheduled

24  to commence on January 16, 2007 and is expected to continue for at least two (2) days. For this

25  reason, defense counsel will not be available to attend the Plea Hearing on this matter and

26  respectfully requests that this matter be continued to the above-mentioned date. In addition, the

27  parties to this action are presently in the midst of having discussions and meetings in an effort to

28  /

1  reach an agreement for settlement of the above-entitled matter. Additional discussions and meetings
2  will be needed in the near future.

6  Date:                                    /s/   Kimberly A. Sanchez
                                            Kimberly A. Sanchez, AUSA
7                                           Attorney for Plaintiff

10                                          /s/   Victor M. Perez
                                            Victor M. Perez,
                                            Attorney for Defendant,
11                                          George Abarca-Valdovinos

**DECLARATION OF VICTOR M. PEREZ
IN SUPPORT OF STIPULATION TO CONTINUE
PLEA HEARING**

16  I, VICTOR M. PEREZ, hereby declare that:

17  1.   I am an attorney duly licensed to practice law in the State of California and have been admitted to practice law in the jurisdiction of the United States District Court, Eastern District Of California

20  2.   I am the attorney of record for Defendant, GEORGE ABARCA VALDOVINOS.

21  3.   The Plea Hearing on January 16, 2007, conflicts with a confirmed trial that is on calendar to commence on January 16, 2007, in the Hanford Division of the Kings County Superior Court, specifically People v. RICHARDO REYES NARANJO, et al., Kings County Superior Court Case No. 06CM3474A, which is expected to extend over a period of two (2) days..

25  4.   Upon noticing that the trial on this matter would conflict with this hearing, I immediately instructed my paralegal to contact the Court to see what could be done to trail this matter for a minimum of two (2) weeks.

28  /

5. On December 20, 2006, my paralegal, Jan L. Fagan, contacted Department 2 of the above-entitled Court and left a message for Harold Nazaroff, Clerk to the Honorable Judge Anthony W. Ishii, requesting instruction as to how to go about trailing this hearing.

6. On the morning of December 21, 2006, Ms. Fagan received a call back from Mr. Nazaroff and was told to contact the assigned prosecutor, agree upon a new date, then prep and file a Stipulation also noting that the new date needs to be a Monday at 9:00 a.m.

7. After talking to Mr. Nazaroff, Ms. Fagan contacted Assistant U.S. Attorney, Kimberly Sanchez.

8. After explaining to AUSA Sanchez about my conflicting court appearances, Ms. Fagan offered the date of February 12, 2007 as an alternative date for this hearing.

9. AUSA Sanchez responded that she had no problems with the date, but at that time, she was scheduled to be on maternity leave and would check with the attorney who was taking over her cases, during her absence, to see if she was available on that date.

10. After putting my paralegal on hold and talking to her colleague, she responded to my paralegal that the attorney taking over her cases, during her absence on maternity leave, would be available to appear for this hearing, on February 12, 2007.

11. Upon hearing this, my paralegal began work on this stipulation so it would be available upon my arrival, at my office, for my signature and quick expedition to AUSA Sanchez for her final signature and filing.

12. At present, Plaintiff Counsel and I have been having discussions, to reach an agreement for the settlement of the above-entitled matter.

13. I believe that additional meetings and discussions will be needed in the near future.

14. I believe that no harm, nor prejudice, will befall any party to this action, if the matter is continued.

15. I respectfully request that this hearing be continued to February 12, 2007, at 9:00 a.m. in Department 2 of the above-entitled Court.

/

//

1  I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Date:                                      /s/ Victor M. Perez
                                           Victor M. Perez
                                           Attorney for Defendant,
                                           George Abarca- Valdovinos

### ORDER

The Plea Hearing on this matter shall be continued to February 12, 2007, at 9:00 a.m. in Department 2 of the above-entitled Court.

IT IS SO ORDERED.

**Dated:   January 5, 2007**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE