1  THE PEREZ LAW FIRM
   VICTOR M. PEREZ, ESQ.  114381
2  1304 W. Center Street
   Visalia, CA  93291
3  (559) 625-2626
   (559) 625-3064
4
   Attorney for Defendant, GEORGE ABARCA-VALDOVINOS
5

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE UNITED STATES OF AMERICA, | ) ) ) | CASE NO: 1:05 CR 00221 AWI |
|---|---|---|
| Plaintiff, | ) ) | ORDER FOR RELEASE OF PROPERTY |
| vs. | ) ) | |
| GEORGE ABARCA-VALDOVINOS, | ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER having been heard before the Honorable Anthony W. Ishii on September 15, 2008, for a hearing on Defendant's Motion for Return of Property,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

IT IS FURTHER ORDERED that the following items shall forthwith be released into the custody of GEORGE ABARCA VALDOVINOS, DOB 10/31/1970:

1. One Hewlett Packer computer;
2. All Motor Vehicle Titles seized from Defendant;
3. All photographs of family, friends, and special locations seized from Defendant;
4. All VHS video tapes seized from Defendant.

IT IS SO ORDERED.

**Dated:    January 9, 2009**              **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE